# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| The Gooden Group Inc. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 2:19-cv-08998-CAS (SKx) |
| Tommy James, et al. | ORDER RE REQUESTS TO PROCEED *IN FORMA PAUPERIS (ECF 3 and 4)* |
| DEFENDANT(S) | |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____     _____
Date                                                          United States Magistrate Judge

**IT IS RECOMMENDED** that the Requests to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- ☒ Inadequate showing of indigency
- ☐ Legally and/or factually patently frivolous
- ☐ Other: _____
- ☒ District Court lacks jurisdiction
- ☐ Immunity as to _____

Comments:

October 24, 2019                               /s/ Steve Kim
Date                                                          Steve Kim, United States Magistrate Judge

**IT IS ORDERED** that the Requests to Proceed *In Forma Pauperis* are hereby:

- ☐ GRANTED
- ☒ DENIED (see comments above). IT IS FURTHER ORDERED that:
  - ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  - ☐ This case is hereby DISMISSED immediately.
  - ☒ This case is hereby REMANDED to state court.

10-25-2019                                        /s/ Christina A. Snyder
Date                                                          United States District Judge

CV-73 (08/16)                       **ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS***